In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00194-CR
_____

LISA LOWRY WINTER, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-11-16184-CR**

## MEMORANDUM OPINION

On December 31, 2021, the trial court accepted Lisa Lowry Winter's guilty plea to an indictment, which alleged possession of a controlled substance, deferred adjudicating guilt and signed an order placing Winter on community supervision. The trial court signed a certification in which the trial court certified that this is a plea-bargain case and Winter has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Nonetheless, Winter filed a notice of appeal on June 10, 2022.

On June 21, 2022, we notified the parties that we would dismiss the appeal unless the appellant established the certification was incorrect. Winter responded to our notice but failed to establish that the certification was incorrect. Since the record lacks a certification saying that Winter has the right of appeal, we dismiss the appeal.[1] *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 2, 2022
Opinion Delivered August 3, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.

---

[1] We also note that it appears that Winter filed a notice too late to perfect an appeal. *See* Tex. R. App. P. 26.2, 26.3.